THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Craig M.
 Brannon, Appellant.
 
 
 

Appeal From Lexington County
James W. Johnson, Jr., Circuit Court Judge

Unpublished Opinion No. 2009-UP-489
 Submitted October 1, 2009  Filed October
21, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Craig M.
 Brannon was convicted of possession with intent to distribute crack cocaine and
 was sentenced to life without parole (LWOP).  Brannon appeals arguing: (1) the
 trial court erred in failing to grant a directed verdict; and (2) the State's
 notice of intent to seek LWOP was insufficient.  Brannon also filed a pro se
 brief.  After a thorough
 review of the record, counsel's brief, and Brannon's pro se brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL
 DISMISSED.  
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.